**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-6073

FERMAN ALVIN RUPPE,

Plaintiff - Appellant,

versus

K. L. OSBORNE, Warden; F. M. CULAN, Assistant
Warden; LIEUTENANT JOHNSON, Chief of Security;
COLIN   ANGLICKER,   Doctor;   K.   CULLOP,
Corrections Officer; T. PARKS, Nurse, LPN,
Marion CC; DOCTOR RENARD,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, Senior District
Judge.  (CA-02-75-7)

Submitted:  March 6, 2003          Decided:  March 17, 2003

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ferman Alvin Ruppe, Appellant Pro Se.  Mark Ralph Davis, OFFICE OF
THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; Jim Harold
Guynn, Jr., Melvin Edward Williams, GUYNN & MEMMER, P.C., Roanoke,
Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ferman Alvin Ruppe appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Ruppe v. Osborne, No. CA-02-75-7 (W.D. Va. Dec. 17, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED